FILED
JAN 14 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

22-30029

E-FILED
Tuesday, 14 January, 2025 04:54:32 PM
Clerk, U.S. District Court, ILCD

1/7/25

Dear Judge, Colleen Lawless my name is Nicholas Gavin I Am writing you today because i would like to enter a Blind Plea of guilty to count 1- Possession with the intent to Distribute 50 Grams or more of actual methamphetamie. I also was just notify by my lawyer on this Date 1-7-25 that Sue. myerscough was not my Judge anymore and that you will be my Judge. I wrote Sue myerscough this same Letter but was told i wrote the wrong Judge had i been known this you would received this an not her.

Thank you
from
Nicholas Ga—

Nicholas Gavin
c/o Livingston County Jail
844 W Lincoln St. Pontiac, IL 61764

Judge Colleen Lawless
314 US Court House
600 East Monroe St. Springfield, IL
62701

62701-165942

