# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.

Nicholas Gavin

GOVERNMENT'S EXHIBIT LIST

Case Number: 22-30029

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Colleen Lawless | Matthew Weir<br>Sarah Seberger | William Vig |
| **TRIAL DATE (S)**<br>July 29, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | | Methamphetamine from controlled purchase on 3/30/2022 |
| 2 | | | | | Photos of OAF from 3/30/2022 controlled purchase |
| 3 | | | | | Methamphetamine from controlled purchase on 4/5/2022 |
| 4 | | | | | Photos of OAF from 4/5/2022 controlled purchase |
| 5 | | | | | Methamphetamine from controlled purchase on 4/12/2022 |
| 6 | | | | | Photos of OAF from 4/12/2022 controlled purchase |
| 7 | | | | | Methamphetamine from controlled purchase on 4/22/2022 |
| 8 | | | | | Photos of OAF from 4/22/2022 controlled purchase |
| 9 | | | | | Methamphetamine found at 1212 Werner Street via search warrant on 4/27/2022 |
| 10 | | | | | Sandwich bags/Digital scale |
| 11 | | | | | Gun/Magazine |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 12 | | | | | Ammunition |
| 13 | | | | | Proof of residency/Revoked FOID card |
| 14 | | | | | Photos from search warrant of residence |
| 15 | | | | | iPhone |
| 16 | | | | | Phone extraction report |
| 16A | | | | | Lyrics from phone |
| 16B | | | | | Messages from phone |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|